**ANNIE DOMINGUEZ v. CITY OF MIAMI, a municipal corporation of the State of Florida and THE RICHARD STORE COMPANY, a corporation authorized to do business under the laws of the State of Florida.**

24 So. (2nd) 902                                        January Term, 1946
February 19, 1946                                            Division A
Rehearing denied March 1, 1946

*Mitchell D. Price, Zaring & Florence,* for appellant.

*J. W. Watson,* for City of Miami, and *George H. Salley, Arnold A. Ross,* for Richard Store Company, appellees.

PER CURIAM:

The decree appealed from is affirmed upon authority of Garnett v. The Jacksonville, St. Augustine and Halifax River Ry. Co., 20 Fla. 889; Richard v. Gulf Theatres, 155 Fla. 626, 21 So. (2nd) 715; Bozeman v. City of St. Petersburg, 74 Fla. 336, 76 So. 894.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.